**W. L. CANTRELL and Samuel Castleberry, Appellants,**

**v.**

**CITY OF CARUTHERSVILLE, a Municipal Corporation, Respondent.**

**No. 45147.**

Supreme Court of Missouri.

Division No. 1.

Feb. 13, 1956.

Motion to Modify Judgment Denied March 12, 1956.

Von Mayes and Fred L. Henley, Caruthersville, for appellants.

Ward & Reeves, Caruthersville, for respondent.

PER CURIAM.

In this case the trial court rendered judgment abating plaintiffs' claim and dismissing their petition. The judgment was based on the ground of *res judicata*. The judgment is affirmed. See Cantrell v. City of Caruthersville, Mo.Sup., 249 S.W.2d 425; Cantrell v. City of Caruthersville, 363 Mo. 938, 255 S.W.2d 785; Cantrell v. City of Caruthersville, Mo.Sup., 267 S.W.2d 646; Cantrell v. City of Caruthersville, D.C.E.D. Mo., 128 F.Supp. 637; Cantrell v. City of Caruthersville, 8 Cir., 222 F.2d 428.